No. 13,468.

BULKLEY *v.* PAYNE.
(49 P. [2d] 1149)

Decided September 16, 1935.

Judgment affirmed in department without written opinion, Mr. Chief Justice Butler, Mr. Justice Burke and Mr. Justice Young participating.

Mr. CHARLES S. THOMAS, Mr. GEORGE K. THOMAS, for plaintiff in error.

Messrs. ANDERSON, PAYNTER & EPPERSON, for defendant in error.